UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TIMMIE L. HAYNES,

                            Petitioner,

                                                                           DECISION AND ORDER

                                                                             06-CV-6188L

                            v.

ACTING SUPERINTENDENT BRAT,

                            Respondent.
_____

      In this habeas corpus proceeding, pursuant to 28 U.S.C. § 2254, defendant challenges his denial of release by the state court pending appeal. United States Magistrate Judge Victor E. Bianchini considered the matter and issued a Report and Recommendation (Dkt. #19) on May 22, 2007 recommending that petitioner's application for bail be denied with prejudice.

      I have reviewed the Report and Recommendation and the other filings and see no reason modify the Report and Recommendation of the Magistrate Judge. I, therefore, accept the Report and Recommendation and deny petitioner's application for release pending disposition of the federal habeas corpus petition.

      IT IS SO ORDERED.

                                                    _____
                                                        DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       June 18, 2007.